

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

April 11, 2012

SERGIO ALVES
DIRECT: 914.449.1197
SALVES@KBRLAW.COM

<u>BY ECF</u>

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Feinberg v. AscensionPoint Recovery Services, LLC*
Case No. 1:11-cv-4955-NGG-JMA

Dear Judge Garaufis:

We represent Defendant AscensionPoint Recovery Services, LLC in connection with this matter. Further to the Court's Order of Discontinuance dated February 29, 2012 (Doc. No. 9), we write to advise Your Honor that the parties' settlement has been consummated. Accordingly, the parties respectfully request that the Court enter an Order of Discontinuance of Plaintiff's individual claims in this matter with prejudice and those of the putative class members without prejudice.

The undersigned represents that, prior to filing this request he contacted counsel for Plaintiff, Abraham Kleinman, Esq., who indicated his consent to the request.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Sergio Alves

cc: Abraham Kleinman, Esq.

NEW YORK CITY   WESTCHESTER   LONG ISLAND   NEW JERSEY   LOS ANGELES

1814417